# In the United States Court of Federal Claims

Nos. 24-1107 C and 24-1108 C
Filed: June 30, 2025

```
*************************************
MVM, INC. et al.,                   *
        Plaintiffs,                 *
                                    *
    v.                              *           JUDGMENT
                                    *
THE UNITED STATES,                  *
        Defendant,                  *
                                    *
    and                             *
                                    *
ACUITY INTERNATIONAL, LLC,          *
        Defendant-Intervenor.       *
*************************************
```

Pursuant to the court's Opinion and Order, filed June 30, 2025, granting defendant's motions to dismiss, and denying as moot all parties' motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs' complaints are dismissed.

Lisa L. Reyes<br>
Clerk of Court<br><br>
By:   s/ Ashley Reams<br>
      Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.